UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KELVIN JOSE DUENAS-COBIS,                )
                                         )
            Petitioner,                  )        Civil Action No. 3:26-cv-290-CHB
                                         )
v.                                       )
                                         )
JEFF TINDALL,                            )        **ORDER**
In his official capacity as Jailer, Oldham )
County Detention Center, *et al.*,       )
                                         )
            Respondents.                 )
                                         )

                    ***   ***   ***   ***

This matter is before the Court on the parties' Joint Motion to Accept Late Filing, [R. 8], and the parties' Joint Motion to Remand Hearing, [R. 9]. In their Joint Motion to Accept Late filing, the parties state that due to an "inadvertent error" the parties missed the deadline to file a joint motion to remand hearing. [R. 8, p. 1]. In their late Joint Motion to Remand Hearing, the parties agree that "[t]he parties are not aware of any relevant factual dispute and, accordingly, respectfully request to remand the hearing scheduled for April 29, 2026." [R. 9, p. 1]. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1.  The parties' Joint Motion to Accept Late Filing, [**R. 8**], is **GRANTED**.

2.  The parties' Joint Motion to Remand Hearing, [**R. 9**], is **GRANTED.**

2.  The **Hearing** scheduled for Wednesday, April 29, 2026, is **REMANDED** from the Court's docket

3.  As for previously order, [**R. 5**], Petitioner **SHALL** file his reply **by no later than Tuesday, April 28, 2026**.

This the 27th day of April, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record